| Notice of Appeal Criminal | CO-290 Rev. 3/88 |
|---|---|

## United States District Court for the District of Columbia

UNITED STATES OF AMERICA )
)
vs. )  Criminal No. 06-085-M-01
) 06-6
MARY FRANCIS (Pro Se) )
P0546877

### NOTICE OF APPEAL

Name and address of appellant:

Mary Francis

3

Defendant Pro Se

FILED
MAR 2 1 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Offense: Demonstrating w/o a permit

Concise statement of judgment or order, giving date, and any sentence:

Guilty: March 2006
Judgement Entered: Time Served + $25 processing

Name and institution where now confined, if not on bail: N/A

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

3/21/06 — DATE

Mary Francis — APPELLANT

_____ ATTORNEY FOR APPELLANT

| | |
|---|---|
| GOVT. APPEAL, NO FEE | ☐ |
| CJA, NO FEE | ☐ |
| PAID USDC FEE | ☐ |
| PAID USCA FEE | ☐ |

Does counsel wish to appear on appeal?    YES ☐    NO ☐
Has counsel ordered transcripts?    YES ☐    NO ☐
Is this appeal pursuant to the 1984 Sentencing Reform Act?    YES ☐    NO ☐

RECEIVED
MAR 2 1 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT