May 10, 2006

**FILED**

MAY 1 5 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

(Hard copy of Email sent May 10, 2006)
From: "Mary Francis"

To: U.S. District Court Clerk Nancy Mayer-Whittington
CCs to: Angela George, Mark Goldstone-attorney advisor, US Atty Office

Pursuant to Case No. 06-MJ-85 (TFG/DAR), please consider this a motion for continuance of the ORDER "that the Appellants' briefs in support of their appeals shall be filed and served on or before May 11, 2006."

If I need to direct this to someone else, please advise.

Sincerely,


Mary A. Francis, defendant pro se