UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

STEPHANIE ERIKSEN,
FAITH GROESBECK,
PHILIP RUNKEL,
MARY PARKER,
MARY A. FRANCIS,
JANINE MARIA ALLWINE,
MOYA MARLENE ATKINSON,
BETH ANN FRIEDLAN,
JEANNE OLSO,

Appellants.

Case No. 06-MJ-85 (TFH/DAR)

FILED

JUN 0 2 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

Upon consideration of the pending "Motion for Continuance" filed by *pro se* appellant Mary A. Francis, and no opposition having been filed, it is hereby

**ORDERED** that the motion is **GRANTED**. The Court will allow all appellants additional time to file their briefs in support of their appeals. Accordingly, the appellants' briefs shall be due on or before July 1, 2006. The United States' brief(s) in opposition thereto shall be due on or before August 1, 2006. Finally, the appellants' reply briefs shall be due on or before August 15, 2006. It is also

**ORDERED** that the parties shall appear on Monday, August 28, 2006 at 2:00 p.m. in Courtroom 25 to present oral arguments in support of their respective positions. It is further

**ORDERED** that the parties shall comply with both the local rules of this Court as well as the applicable federal rules when submitting any document for filing in this Court. No filings

shall be accepted by e-mail or any other method of communication that is not in compliance with the rules. Copies of the applicable rules are available on the Court's internet web site at http://www.dcd.uscourts.gov/rules-forms.html.

**SO ORDERED.**

June 2nd, 2006

_____
Thomas F. Hogan
Chief Judge

May 10, 2006

FILED

MAY 1 5 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

(Hard copy of Email sent May 10, 2006)
From: "Mary Francis"

To: U.S. District Court Clerk Nancy Mayer-Whittington
CCs to: Angela George, Mark Goldstone-attorney advisor, US Atty Office

Pursuant to Case No. 06-MJ-85 (TFG/DAR), please consider this a motion for continuance of the ORDER "that the Appellants' briefs in support of their appeals shall be filed and served on or before May 11, 2006."

If I need to direct this to someone else, please advise.

Sincerely,


Mary A. Francis, defendant pro se